**Dismiss and Opinion Filed December 14, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00839-CV

## LINDA S. NEWMAN, Appellant
## V.
## THE CAPITAL LIFE INSURANCE COMPANY, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01615**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Osborne

The clerk's record in this case is overdue. By letter dated November 3, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification that (1) she had either paid for or made arrangements to pay for the record, or (2) she is entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

LINDA S. NEWMAN, Appellant

No. 05-21-00839-CV          V.

THE CAPITAL LIFE INSURANCE
COMPANY, Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-15-01615.
Opinion delivered by Justice
Osborne. Justices Schenck and
Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee THE CAPITAL LIFE INSURANCE COMPANY recover its costs of this appeal from appellant LINDA S. NEWMAN.

Judgment entered this 14th day of December, 2021.